GEORGE S. CARDONA
Acting United States Attorney          **JS-6**
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SEYED M. LAJAVARDI,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES,<br><br>        Defendant. | No. SACV 07-1472 AHS (ANx)<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation of the parties, the action is ordered dismissed with prejudice, each party to bear his or its own costs.


DATED: <u>November 18, 2009</u>    **ALICEMARIE H. STOTLER**
                                        UNITED STATES DISTRICT JUDGE